IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11 CV 289

| | |
|---|---|
| WIX FILTRATION CORP, LLC, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| PUROLATOR FILTERS NA LLC, ) | |
| ) | |
| Defendant ) | |

**THIS MATTER** is before the court on Deborah Lucy Edney's Application for Admission to Practice *Pro Hac Vice* of Michael H. Jacobs. It appearing that Michael H. Jacobs is a member in good standing with the Washington, DC Bar and will be appearing with Deborah Lucy Edney, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Deborah Lucy Edney's Application for Admission to Practice *Pro Hac Vice* (#8) of Michael H. Jacobs is **GRANTED**, and that Michael H. Jacobs is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Deborah LucyEdney.

Signed: November 18, 2011

Dennis L. Howell
United States Magistrate Judge