IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11 CV 289

| | |
|---|---|
| WIX FILTRATION CORP, LLC, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| PUROLATOR FILTERS NA LLC, ) | |
| ) | |
| Defendant ) | |

**THIS MATTER** is before the court on Jeffrey D. Keister's Application for Admission to Practice *Pro Hac Vice* of Daniel J. Schwartz. It appearing that Daniel J. Schwartz is a member in good standing with the Illinois State Bar and will be appearing with Jeffrey D. Keister, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Jeffrey D. Keister's Application for Admission to Practice *Pro Hac Vice* (#11) of Daniel J. Schwartz is **GRANTED**, and that Daniel J. Schwartz is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Jeffrey D. Keister.

Signed: November 30, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge