IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cv289

| | | |
|---|---|---|
| WIX FILTRATION CORP. LLC, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PUROLATOR FILTERS NA LLC, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

Pending before the Court is the Joint Motion to Stay Initial Attorney Conference and for Extension of Time [# 14]. The parties jointly move the Court to stay the Initial Attorney Conference and for a thirty day extension of time for Plaintiff to respond to Defendant's Counterclaims. For good cause shown, the Court **GRANTS** the motion [# 14]. Plaintiff shall have until January 6, 2012, to respond to Defendant's Counterclaims. The parties shall have until January 20, 2012, to hold the Initial Attorney's Conference. The parties shall file their Certificate of Initial Attorney's Conference by January 27, 2012.

Signed: December 12, 2011

Dennis L. Howell
United States Magistrate Judge